172 A.3d 1081

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF–RESPONDENT, v. J.D., JR., DEFEN-
DANT–PETITIONER, AND J.G., DEFENDANT. IN THE MAT-
TER OF J.D., III, A MINOR–RESPONDENT.

C–268 September Term 2017
078479

November 2, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003716–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.